IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01228–WYD–KMT

WYATT T. HANDY JR., & on behalf of all persons who are and will be in the facility,

   Plaintiff,

v.

SHERIFF GREYSON ROBINSON,

   Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court to Order Defendant to Preserve Plaintiff's Jail Records" (Doc. No. 24, filed Sept. 19, 2012) is DENIED in part. Litigants "have a duty to preserve documents that may be relevant to pending or imminent litigation." *Cache La Poudre Feeds, LLC. v. Land O'Lakes, Inc.,* 244 F.R.D. 614, 620 (D. Colo. 2007). As such, Defendant have a preexisting duty to preserve any records that may be relevant to this litigation, and the court need not affirmatively order that Defendant do so.

Dated: November 8, 2012