IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01228-WYD-KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

GREYSON ROBINSON, Sheriff,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on March 8, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Recommendation of United States Magistrate Judge Tafoya (ECF Doc. No. 35) is AFFIRMED and ADOPTED.  It is further

ORDERED that judgment is hereby entered in favor of Defendant, Greyson Robinson, Sheriff, and against Plaintiff, Wyatt T. Handy, Jr., for lack of subject matter jurisdiction.  It is further

ORDERED that Plaintiff's Amended Complaint (ECF No. 9) is dismissed without prejudice for lack of subject matter jurisdiction.

DATED at Denver, Colorado this <u>12th</u> day of March, 2012.

                                       FOR THE COURT:
                                       JEFFREY P. COLWELL, CLERK

                                       <u>By: s/ Edward P. Butler</u>
                                       Edward P. Butler, Deputy Clerk