IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01228-WYD-KMT

WYATT T. HANDY, JR.,

     Plaintiff,

v.

GREYSON ROBINSON, Sheriff,

     Defendant.

_____

## FINAL JUDGMENT
_____

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming

and Adopting Recommendation of United States Magistrate Judge, filed on March 8,

2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and

incorporated herein by reference as if fully set forth, it is

     ORDERED that the Recommendation of United States Magistrate Judge Tafoya

(ECF Doc. No. 35) is AFFIRMED and ADOPTED.  It is further

     ORDERED that judgment is hereby entered in favor of Defendant, Greyson

Robinson, Sheriff, and against Plaintiff, Wyatt T. Handy, Jr., for lack of subject matter

jurisdiction.  It is further

     ORDERED that Plaintiff's Amended Complaint (ECF No. 9) is dismissed without

prejudice for lack of subject matter jurisdiction.

     DATED at Denver, Colorado this 12th day of March, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk